**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

HAULER'S FACILITY LLC, *et al.*,

           Defendants.

---

Civ. No. 5:25-cv-01551-DNH-ML

**CONSENT MOTION FOR ORDER REQUIRING CLERK OF THE COURT TO DISBURSE FUNDS DEPOSITED IN THE TREASURY REGISTRY**

Pursuant to Fed. R. Civ. P. 67 and N.D.N.Y Local Rule 67.1, the United States hereby moves for the entry of an Order requiring the Clerk of the Court to disburse funds that were deposited into the Treasury Registry under a prior Court order.  DN 9.

The Court, on January 22, 2026, approved and entered a proposed consent decree resolving the claims in this matter.  DN 7.  The consent decree requires 15 of the settling defendants to make ten lump sum payments which total $2,070,916. The settling defendants and the lump sum payments they are required to make are as follows:

| Settling Defendant Name | Payment Amount |
|---|---|
| Hauler's Facility LLC, Syracuse Haulers Waste Removal, Inc., and 6259 Thompson Road LLC | $256,250 |
| Lennox Industries, Inc. | $210,333 |
| Metalico New York, Inc. and Metalico Syracuse Realty, Inc | $268,333 |
| ONX1 LLC | $316,666 |
| Syracuse Deere Road Associates, LLC | $147,500 |
| Syracuse Lepage LLC | $220,000 |
| Thompson Corners LLC, Thompson Lawn LLC, & Thompson NW LLC | $147,500 |
| Nokia of America Corporation and Western Electric Company, Inc. (deemed to be a single party) | $171,667 |
| Verizon New York, Inc. | $171,667 |
| B&B Family Limited Partnership | $161,000 |

The consent decree further provides for the United States to file a motion requesting that the Court issue an order requiring the Clerk of the Court to accept and to deposit

these funds into the Treasury Registry. The consent decree also provides for the United States, at a later time, to file a motion for an order requiring the Clerk of the Court to disburse these funds to two parties: (1) all of the funds less $200,000 to the U.S. Environmental Protection Agency, and (2) $200,000 to the Revitalizing Auto Communities Environmental Response Trust ("RACER Trust"). This is the second of these two motions.

The Court has issued an order requiring the Clerk of the Court to accept the sums due under the consent decree and to deposit such funds in the Treasury Registry. DN 9. Pursuant to that order the United States tendered 10 bank checks to the Clerk of the Court who then deposited those sums into the Treasury Registry.

This matter is now ripe for the disbursements to be made from the Treasury Registry.

Local Rule 67.2 of this Court's rules provides that persons seeking withdrawal of money deposited in the Treasury Registry shall file a motion for disbursement with a proposed order. The proposed order must contain certain information specified under Local Rule 67.2.

A proposed "Order Directing the Clerk of the Court to Disburse Funds from Treasury Registry" accompanies this motion. The proposed order directs the Clerk of the Court to disburse the funds to the U.S. Department of Justice for the benefit of the U.S. Environmental Protection Agency and to the RACER Trust, and contains all information required under Local Rule 67.2 to make such disbursements.

For the foregoing reasons, and in accordance with Fed. R. Civ. P. 67, Local Rule 67.2, and the consent decree in this matter, the United States requests that the Court issue the attached proposed order.

All of the settling defendants in this matter have consented to this motion.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

*/s/ Mark Gallagher*
Mark Gallagher
Bar Roll No. 512664
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Washington, D.C. 20044-7611
(202) 532-3321
mark.gallagher@usdoj.gov

3

JOHN A. SARCONE III
Acting United States Attorney
Northern District of New York

By:    /s/ Adam J. Katz
Adam J. Katz
Assistant United States Attorney
Bar Roll No. 517894
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207
Telephone: (518) 431-0247
Fax: (518) 431-0386
adam.katz@usdoj.gov

Of Counsel:

James Doyle, Team Leader
Sarena Malsin, Assistant Regional Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 2
290 Broadway
New York, NY 10007-1866

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

HAULER'S FACILITY LLC, *et al.*,

        Defendants.

Civ. No. 5:25-cv-01551-DNH-ML

**[PROPOSED] ORDER REQUIRING**
**DISBURSEMENT OF FUNDS FROM**
**TREASURY REGISTRY**

---

Whereas, on January 22, 2026, this Court approved and entered a consent decree that resolves all claims in this matter. DN 7. The consent decree requires 15 of the settling defendants to make 10 lump sum payments which total $2,070,916. The settling defendants and the lump sum payments they are required to make are as follows:

| Settling Defendant Name | Payment Amount |
|---|---|
| Hauler's Facility LLC, Syracuse Haulers Waste Removal, Inc., and 6259 Thompson Road LLC | $256,250 |
| Lennox Industries, Inc. | $210,333 |
| Metalico New York, Inc. and Metalico Syracuse Realty, Inc | $268,333 |
| ONX1 LLC | $316,666 |
| Syracuse Deere Road Associates, LLC | $147,500 |
| Syracuse Lepage LLC | $220,000 |
| Thompson Corners LLC, Thompson Lawn LLC, & Thompson NW LLC | $147,500 |
| Nokia of America Corporation and Western Electric Company, Inc. (deemed to be a single party) | $171,667 |
| Verizon New York, Inc. | $171,667 |
| B&B Family Limited Partnership | $161,000 |

The consent decree further provides for the United States to file a motion requesting that the Court issue an order requiring the Clerk of the Court to accept and deposit these funds into the Treasury Registry. The consent decree also provides for the United States, at a later time, to file a motion for an order requiring the Clerk of the Court to disburse these funds to two parties: (1) all of the funds less $200,000 to the U.S. Department of Justice for

the benefit of the U.S. Environmental Protection Agency, and (2) $200,000 to the Revitalizing Auto Communities Environmental Response Trust ("RACER Trust").

The Court has issued the first order, which required the Clerk of the Court to accept the funds due under the consent decree and to deposit such funds in the Treasury Registry. DN 9. Pursuant to the Court's order the United States tendered 10 bank checks to the Clerk of the Court who then deposited those funds into the Treasury Registry. These funds were deposited on February 9, 2026.

The United States has now filed its second motion in which it requests that the Court issue an order providing for the Clerk of the Court to make two disbursements from Treasury Registry in accordance with the consent decree.

Now, therefore, and with good cause having been shown, the Court orders as follows:

**Disbursement to the U.S. Environmental Protection Agency**

The Clerk of the Court shall disburse for the benefit of the Environmental Protection Agency ("U.S. EPA") all but $200,000 of the original principal that was deposited into Treasury Registry, .e., $1,870,916. The disbursement shall be made to the Department of Justice Debt Accounting Operations Group through the IPAC system.

**Disbursement to the RACER Trust**

The Clerk of the Court shall disburse to the Revitalizing Auto Communities Environmental Response Trust ("RACER Trust") $200,000 of the original principal that was deposited into Treasury Registry. The disbursement shall be made by electronic funds transfer to "Revitalizing Auto Communities Environmental Response Trust" in accordance

2

with information provided by RACER Trust in the AO 213P form. The Taxpayer Identification

Number for the RACER Trust according to its W9 Form is 27-5320738.

**SO ORDERED**.

02/11/2026

Signature: *David N. Hurd*
David N. Hurd (Feb 11, 2026 13:32:55 EST)

Email: dnhurd@nynd.uscourts.gov

Dated

UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

I certify that on this date, I filed the foregoing document using the Court's CM/ECF system.

*/s/ Mark Gallager*
Mark Gallagher
Senior Attorney
U.S. Department of Justice
Washington, D.C. 20044-7611

# DNYN525cv1551_Dkt 10_ Motion to Disburse Funds

Final Audit Report                                        2026-02-11

| | |
|---|---|
| Created: | 2026-02-10 (Eastern Standard Time) |
| By: | NYND Finance (finance@nynd.uscourts.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjtFqVuKYrQAlRzjjMek2N_iW_kQ5EoHJ |

## "DNYN525cv1551_Dkt 10_ Motion to Disburse Funds" History

🗎 Document created by NYND Finance (finance@nynd.uscourts.gov)
2026-02-10 - 1:17:53 PM EST

✉ Document emailed to dnhurd@nynd.uscourts.gov for signature
2026-02-10 - 2:42:28 PM EST

🗎 Email viewed by dnhurd@nynd.uscourts.gov
2026-02-11 - 1:31:53 PM EST

✒ Signer dnhurd@nynd.uscourts.gov entered name at signing as David N. Hurd
2026-02-11 - 1:32:53 PM EST

✒ Document e-signed by David N. Hurd (dnhurd@nynd.uscourts.gov)
Signature Date: 2026-02-11 - 1:32:55 PM EST - Time Source: server

✅ Agreement completed.
2026-02-11 - 1:32:55 PM EST



Powered by
Adobe
Acrobat Sign