**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civ. No. 5:25-cv-01551-DNH-ML |
| v. | |
| HAULER'S FACILITY LLC, *et al.*, | **STATUS REPORT** |
| Defendants. | |

This status report is filed in accordance with this Court's order dated March 10, 2026. DN 13.

The status of this matter is as follows:  The Court approved and entered the consent decree in this matter on January 22, 2026.  (DN 7.) The consent decree required:

- Fifteen of the settling defendants each make lump sum payments which in aggregate totaled $2,070,916.

- The United States to file a motion requesting an order that the Clerk of the Court accept the 15 lump sum payments for deposit into the Treasury Registry;

- The United States to subsequently file a motion requesting an order that the Clerk of the Court make two disbursements from the Treasury Registry, one for $1,870,916 to EPA and one for $200,000 to the Revitalizing Auto Communities Environmental Response ("RACER") Trust.

- For one settling defendant, Northern Industrial Holdings, to pay $100,000 plus interest in eight quarterly installments directly to the U.S. Environmental Protection Agency (EPA).

- For all 16 of the settling defendants and the "EPLET Parties"[1] to dismiss their claims against each other in the "EPLET Matter," *i.e.*, the lawsuit filed by the EPLET Parties against the settling defendants, among others, in the U.S. District Court for the Northern District of New York, captioned *EPLET, et al. v. National Grid USA, et al.*, Case No. 5:18-cv-01267.

---

[1] The EPLET Parties comprise EPLET LLC, RACER Trust, and Racer Properties LLC. EPLET LLC.

All obligations required by the consent decree have been completed, including all payments, disbursements (see DN 9, 11, and 12), and dismissals, except that Northern Industrial Holdings' obligation is underway; this company is current in making its installment payments.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

 /s/ Mark Gallagher
Mark Gallagher
Bar Roll No. 512664
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Washington, D.C. 20044-7611
(202) 532-3321
mark.gallagher@usdoj.gov

JOHN A. SARCONE III
First Assistant United States Attorney
Northern District of New York

By:      /s/ Adam J. Katz
Adam J. Katz
Assistant United States Attorney
Bar Roll No. 517894
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207
Telephone: (518) 431-0247
Fax: (518) 431-0386
adam.katz@usdoj.gov

2

Of Counsel:

James Doyle, Team Leader
Sarena Malsin, Assistant Regional Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 2
290 Broadway
New York, NY 10007-1866

**CERTIFICATE OF SERVICE**

I certify that on this date, I filed the foregoing document using the Court's CM/ECF system.

*/s/ Mark Gallager*

Mark Gallagher
Senior Attorney
U.S. Department of Justice
Washington, D.C. 20044-7611